UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOEY SALCEDO,<br><br>            Plaintiff,<br><br>v.<br><br>CRESTVIEW MOTEL, INC., individually and d/b/a HOLIDAY INN TOTOWA WAYNE, and MAHESH RATANJI, individually,<br><br>            Defendants. | Civil Action No.: 2:18-cv-15258 (SDW)(LDW)<br><br>STIPULATION OF DISMISSAL <u>WITH PREJUDICE</u><br><br>Document Filed Electronically |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the undersigned parties, that all claims asserted in the above-captioned Action by Plaintiff Joey Salcedo against Defendants Crestview Motel, Inc. and Mahesh Ratanji are hereby **DISMISSED WITH PREJUDICE** as to all Defendants and without costs or attorneys' fees to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**PHILLIPS & ASSOCIATES, PLLC**
Attorneys for Plaintiff
Joey Salcedo

By: _____
    Steven Siegler, Esq.
100 Overlook Center
Princeton, NJ 08540
Telephone: (609) 436-9087

Dated: February 13, 2019

**SO ORDERED:**

_____

**GENOVA BURNS LLC**
Attorneys for Defendants
Crestview Motel, Inc. and
Mahesh Ratanji

By: _____
    Patrick W. McGovern, Esq.
494 Broad Street
Newark, New Jersey 07102
Telephone: (973) 535-7129

Dated: ~~February~~ 7, 2019

Dated: February ____, 2019

14589908v1 (2809.025)